Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Pharmaceuticals, Inc.,*
*Boehringer Ingelheim International GmbH, and*
*Boehringer Ingelheim Pharma GmbH & Co. KG*

*OF COUNSEL*:

Christopher N. Sipes
R. Jason Fowler
Jeremy D. Cobb
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN ATLANTIS HOLDINGS SA and LUPIN LIMITED,<br><br>Defendants. | Civil Action No. 18-12663 (BRM)(TJB) (Consolidated)<br><br>(Filed Electronically) |

## STIPULATION AND ORDER

**WHEREAS**, Plaintiffs Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharma GmbH & Co. KG (collectively, "Boehringer") and Defendants Lupin Atlantis Holdings SA and Lupin Limited (collectively, "Lupin") have agreed that that there is good cause for an extension of the schedule

1

in this case in light of the effect of the COVID-19 pandemic on the parties' ability to complete fact discovery in this case,

**IT IS HEREBY STIPULATED AND AGREED**, by and between Boehringer and Lupin, through their undersigned counsel, and subject to this Court's approval, that the following amended deadlines shall apply to this case:

| ACTION | ORIGINAL DEADLINE (D.I. 38) | AMENDED DEADLINE |
|---|---|---|
| Advice of counsel (L.Pat.R. 3.8) | May 22, 2020*<br><br>*Originally April 7, 2020, but extended 45 days pursuant to Chief Judge Wolfson's Standing Order 2020-04 | July 7, 2020 |
| Close of fact discovery | June 8, 2020*<br><br>*Originally April 24, 2020, but extended 45 days pursuant to Chief Judge Wolfson's Standing Order 2020-04 | July 24, 2020 |
| Opening Expert Reports | June 9, 2020 | September 17, 2020 |
| Rebuttal Expert Reports | July 24, 2020 | November 5, 2020 |
| Reply Expert Reports | August 21, 2020 | December 8, 2020 |
| Close of Expert Discovery | October 2, 2020 | January 21, 2021 |
| Submission of Dispositive Motions, *Daubert* Motions, Motions *in Limine* | October 9, 2020 | January 28, 2021 |
| Submission of Final Pretrial Order | November 2, 2020 | February 25, 2021 |
| Trial | January 2021 (estimated) | April 2021 (estimated) |

Dated: May 8, 2020

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5246
    (973) 286-6700
    clizza@saul.com

    *Of Counsel*:

    Christopher N. Sipes
    R. Jason Fowler
    Jeremy D. Cobb
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    (202) 662-6000

    *Attorneys for Plaintiffs*
    *Boehringer Ingelheim Pharmaceuticals,*
    *Inc., Boehringer Ingelheim International*
    *GmbH, and Boehringer Ingelheim Pharma*
    *GmbH & Co. KG*

By: s/ Arnold B. Calmann
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Katherine A. Escanlar (kae@saiber.com)
    SAIBER LLC
    One Gateway Center
    10th Floor, Suite 1000
    Newark, New Jersey 07102
    (973) 622-3333

    *Of Counsel*:

    William A. Rakoczy
    (wrakoczy@rmmslegal.com)
    Paul J. Molino (pmolino@rmmslegal.com)
    Deanne M. Mazzochi
    (dmazzochi@rmmslegal.com)
    Tara M. Raghavan
    (traghavan@rmmslegal.com)
    Matthew V. Anderson
    (manderson@rmmslegal.com)
    Katie A. Boda (kboda@rmmslegal.com)
    RAKOCZY MOLINO MAZZOCHI SIWIK LLP
    6 West Hubbard Street, Suite 500
    Chicago, Illinois 60654
    (312) 222-6301

    *Attorneys for Defendants Lupin Atlantis*
    *Holdings SA and Lupin Limited*

A telephone conference shall take place on July 21, 2020 at 12:00 p.m.  Plaintiffs shall initiate the conference.

                          SO ORDERED this 19th day of May, 2020
                            s/ Tonianne J. Bongiovanni
                        The Honorable Tonianne J. Bongiovanni, U.S.M.J.