Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Boehringer Ingelheim Pharmaceuticals, Inc.,*
*Boehringer Ingelheim International GmbH, and*
*Boehringer Ingelheim Pharma GmbH & Co. KG*

*OF COUNSEL*:

Christopher N. Sipes
R. Jason Fowler
Jeremy D. Cobb
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN ATLANTIS HOLDINGS SA and LUPIN LIMITED,<br><br>Defendants. | Civil Action No. 18-12663 (BRM)(TJB)<br>(Consolidated)<br><br>(Filed Electronically) |

**STIPULATION AND ORDER**

**WHEREAS**, Plaintiffs Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer

Ingelheim International GmbH, and Boehringer Ingelheim Pharma GmbH & Co. KG

(collectively, "Boehringer") and Defendants Lupin Atlantis Holdings SA and Lupin Limited

(collectively, "Lupin") have agreed that that there is good cause for an extension of the schedule

1

in this case in light of the effect of the COVID-19 pandemic on the parties' ability to complete fact depositions,

**WHEREAS**, the Court recently granted Lupin's motion to amend its non-infringement and invalidity contentions and instructed the parties to confer and submit a proposed revised schedule to govern this matter (D.I. 122),

**IT IS HEREBY STIPULATED AND AGREED**, by and between Boehringer and Lupin, through their undersigned counsel, and subject to this Court's approval, that the following amended deadlines shall apply to this case:

| ACTION | CURRENT DEADLINE (D.I. 102, 124) | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to Serve Amended Contentions | N/A | October 19, 2020 |
| Deadline to Complete Fact Depositions | N/A | November 13, 2020 |
| Opening Expert Reports | November 19, 2020[1] | December 15, 2020 |
| Rebuttal Expert Reports | November 5, 2020 | February 9, 2021 |
| Reply Expert Reports | December 8, 2020 | March 9, 2021 |
| Close of Expert Discovery | January 21, 2021 | April 2, 2021 |
| Submission of Dispositive Motions, *Daubert* Motions, Motions *in Limine* | January 28, 2021 | April 14, 2021 |
| Submission of Final Pretrial Order | February 25, 2021 | May 14, 2021 |
| Trial | April 2021 (estimated) | July 2021 (estimated) |

---

[1] Due to the prior deadline for Opening Expert Reports (September 17, 2020) that was quickly approaching, the parties sought, and the Court granted, an extension to this deadline while agreeing to submit the remainder of the proposed schedule to the Court by today. (D.I. 124).

| | |
|---|---|
| Dated: September 16, 2020 | **SO STIPULATED:** |

By:  s/ *Charles M. Lizza*
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5246
    (973) 286-6700
    clizza@saul.com

    *Of Counsel*:

    Christopher N. Sipes
    R. Jason Fowler
    Jeremy D. Cobb
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    (202) 662-6000

*Attorneys for Plaintiffs Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharma GmbH & Co. KG*

By:  s/ *Arnold B. Calmann*
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Katherine A. Escanlar (kae@saiber.com)
    SAIBER LLC
    One Gateway Center
    10th Floor, Suite 1000
    Newark, New Jersey 07102
    (973) 622-3333

    *Of Counsel*:

    William A. Rakoczy
    (wrakoczy@rmmslegal.com)
    Paul J. Molino (pmolino@rmmslegal.com)
    Deanne M. Mazzochi
    (dmazzochi@rmmslegal.com)
    Tara M. Raghavan
    (traghavan@rmmslegal.com)
    Matthew V. Anderson
    (manderson@rmmslegal.com)
    Katie A. Boda (kboda@rmmslegal.com)
    RAKOCZY MOLINO MAZZOCHI SIWIK LLP
    6 West Hubbard Street, Suite 500
    Chicago, Illinois 60654
    (312) 222-6301

*Attorneys for Defendants Lupin Atlantis Holdings SA and Lupin Limited*


SO ORDERED this 17th day of September, 2020

*[signature]*
The Honorable Tonianne J. Bongiovanni,
U.S.M.J.